# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JERMAR HINES,** | : CIVIL ACTION NO. 1:09-CV-0206 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **KEVIN DEPARLOS, et al.,** | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 6th day of May, 2009, upon consideration of plaintiff's third motion to amend his complaint (Doc. 16), which is a duplicate of prior motions to amend (Docs 7, 8), both of which have recently been addressed in a court order dated April 28, 2009 (Doc. 14), it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 16) is DENIED.

2. The Clerk of Court is directed to forward a copy of the prior order of court (Doc. 14) to plaintiff.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge